# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOHN S. DUWAJI, | § | BANKRUPTCY CASE NO. 15-33146 |
| | § | |
| Debtor, | § | |
| RANDY W. WILLIAMS, TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. H-16-3018 |
| | § | |
| | § | CIVIL ACTION NO. H-16-2354 |
| | § | |
| JOHN SAWAF DUWAJI, ALMA NORA DUWAJI, AYHAM SAWAF DUWAJI, ILENE SAWAF DUWAJI, KHALED SAWAF DUWAJI, and ZAINA SAWAF DUWAJI, | § | |
| Defendants. | § | |

## ORDER WITHDRAWING REFERENCE

This adversary proceeding primarily involves the Trustee's claims over which the Bankruptcy Court lacks jurisdiction to conduct a jury trial or enter final judgment. The Trustee's motion to withdraw the reference, (Docket Entry No. 2), is granted. *See* 28 U.S.C. § 157(d). Further proceedings in this adversary proceeding will be in the district court. A status and scheduling hearing is set for **September 6, 2016, at 11:00 a.m.** in Courtroom 11B.

SIGNED on August 22, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge