United States District Court
Southern District of Texas
**ENTERED**
August 29, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| JOHN S. DUWAJI, | § § § | BANKRUPTCY CASE NO. 15-33146 |
| Debtor, | § | |

---

| | | |
|---|---|---|
| RANDY W. WILLIAMS, TRUSTEE, | § § | |
| Plaintiff, | § § | |
| VS. | § § § | ADVERSARY NO. H-16-3018 |
| | § § | CIVIL ACTION NO. H-16-2354 |
| JOHN SAWAF DUWAJI, ALMA NORA DUWAJI, AYHAM SAWAF DUWAJI, ILENE SAWAF DUWAJI, KHALED SAWAF DUWAJI, and ZAINA SAWAF DUWAJI, | § § § § § § § | |
| Defendants. | § | |

## ORDER

Alma Duwaji, Zaina Duwaji, and Ayhem Duwaji have moved to extend the scheduling conference set for September 6 until November 10, 2016. (Docket Entry Nos. 5 and 6). The motions to extend are denied. The September 6 conference is for a limited purpose, to discuss the discovery that is needed, the motions that should be filed, and the case schedule. That discussion should not be delayed. The Duwajis will not be disadvantaged by proceeding on the present schedule. The conference will be held on September 6, 2016 at 11:00 a.m.

SIGNED on August 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge